JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN AKRABIAN, et al., | CV 20-11223 PA (JCx) |
| Petitioners, | JUDGMENT OF DISMISSAL |
| v. | |
| WEST COAST SERVICING, INC., et al., | |
| Respondents. | |

Pursuant to the Court's March 17, 2021 Minute Order, which dismissed the action to confirm arbitration award filed by petitioners John and Marine Arabian (collectively "Petitioners") against respondents West Coast Servicing Inc., Veripro Solutions, Nationstar Mortage, LLC (which does business as Mr. Cooper), Bank of America, N.A., and Countrywide Home Loans, Inc. (collectively "Respondents"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioners' action to confirm arbitration award is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: March 17, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE